**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.<br><br>Defendants. | Case No: 11-cv-06212-BSJ<br>**ECF CASE**<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1/30/12 |

Upon the motion of Richard St. John, counsel for Defendants Bank of America Corporation, Banc of America Securities LLC, Bank of America, National Association, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., Asset Backed Funding Corporation, NB Holdings Corporation, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc., First Franklin Financial Corporation, Merrill Lynch Mortgage Capital Inc., Merrill Lynch Credit Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc., and Merrill Lynch Mortgage Investors, Inc. (collectively, "Defendants") in the above-captioned action, and Mr. St. John's declaration in support thereof,

**IT IS HEREBY ORDERED THAT**

>David H. Fry
>Munger, Tolles & Olson LLP
>560 Mission Street, 27th Floor
>San Francisco, CA  94105
>Ph: (415) 512-4000; Fax: (415) 512-4077
>David.Fry@mto.com

is admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned action in the United States District Court for the Southern District of New York.  All attorneys appearing

1

before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at *nysd.uscourts.gov*. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: January 29, 2012.
New York, New York

_____
UNITED STATES DISTRICT JUDGE