UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>             Plaintiffs,<br><br>      -against-<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>             Defendants. | 11 Civ. 6212 (BSJ) |

### NOTICE OF WITHDRAWAL OF ATTORNEY

**PLEASE TAKE NOTICE** that Ali M. Arain withdraws as counsel of record for the Plaintiffs in the above-captioned action. The aforementioned attorney is no longer with the firm representing the Plaintiffs in the above-captioned action. The law firm of Quinn Emanuel Urquhart & Sullivan, LLP continues to represent all Plaintiffs in the above-captioned action.

DATED:   New York, New York
         May 3, 2012

                                        QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP


                                        By: *s/ Joshua Margolin*
                                            Joshua Margolin
                                            (joshuamargolin@quinnemanuel.com)

                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010-1601
                                        (212) 849-7000

                                        *Attorneys for Plaintiffs*