JONES, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/09/2012

AMERICAN INTERNATIONAL GROUP, INC., et al.,

    Plaintiffs,

-against-

BANK OF AMERICA CORPORATION, et al.,

    Defendants.

Case No. 11-CV-6212 (BSJ)

ECF Case

## ORDER

This matter is before the Court on the request of William M. Krogh that the Court remove his name from the docket as an attorney of record. The Court notes that other counsel continue to represent Defendants in this matter.

Accordingly, it is hereby ORDERED that William M. Krogh is deemed withdrawn as counsel of record in this matter.

Dated: 10/9/12

_____
Barbara S. Jones
United States District Judge