RECEIVED APR 22 2013 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | Case No. 11-CV-6212 (LAK) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/13

## ORDER

This matter is before the Court on the request of Brian S. Goldberg that the Court remove his name from the docket as an attorney of record. The Court notes that other counsel continue to represent Defendants in this matter.

Accordingly, it is hereby ORDERED that Brian S. Goldberg is deemed withdrawn as counsel of record in this matter.

Dated: 4/23/13

_____
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>BANK OF AMERICA CORPORATION, et al.,<br><br>        Defendants. | Case No. 11-CV-6212 (LAK) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Brian S. Goldberg hereby withdraws as counsel for Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL MARKETS LLC, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE SECURITIES CORPORATION, CWABS, INC., CWALT, INC., CWHEQ, INC., and CWMBS, INC. and requests that the Court remove his name from the docket as an attorney of record. Reed Smith LLP will continue to represent the aforementioned Defendants.

Respectfully submitted:

Dated: April 17, 2013

/s/ Brian S. Goldberg
Brian S. Goldberg
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212.521.5400
Fax: 212.521.5450
bgoldberg@reedsmith.com