N.Y.S.D. Case #
11-cv-6212(BSJ)

**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of April, two thousand thirteen.

Before: Pierre N. Leval,
          Rosemary S. Pooler,
          Debra Ann Livingston,
             *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 01, 2013

_____

American International Group, Inc., AIG Securities Lending Corporation, American General Assurance Company, American General Life and Accident Insurance Company, American General Life Insurance Company, American General Life Insurance Company of Delaware, American Home Assurance Company, American International Group Retirement Plan, Chartis Property CasualtyCompany, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, First Sunamerica Life Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, Sunamerica Annuity and Life Assurance Company, Sunamerica Life Insurance Company, The Insurance Company of The State of Pennsylvania, The United States Life Insurance Company in The City of New York, The Variable Annuity Life Insurance Company, Western National Life Insurance Company,

**JUDGMENT**
Docket No. 12-1640

     Plaintiffs-Appellants,
     v.

Bank of America Corporation, Banc of America Securities LLC, Bank of America, National Association, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., Asset Backed Funding Corporation, NB Holdings Corporation, Merrilll Lynch & Co.,Inc., Merrill Lynch Mortgage Lending, Inc., First Franklin Financial Corporation, Merrill Lynch Mortgage Capital Inc., Merrill Lynch Credit Corporation, Merrill Lynch, Pierce, Fenner & Smith Inc., Merrill Lynch Mortgage Investors, Inc., Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., Countrywide Capital Markets LLC, CWALT, Inc., CWHEQ, Inc., CWMBS, Inc.,

     Defendants-Appellees.

_____

     The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

**MANDATE ISSUED ON 07/01/2013**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the order of the district court is VACATED and the case is REMANDED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE**

S.D.N.Y. - N.Y.C.
11-cv-6212
Jones, J.

United States Court of Appeals

FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Richard C. Lee United States Courthouse, 141 Church Street, in the City of New Haven, Connecticut, on the 24th day of April, two thousand twelve.

Present:
    Ralph K. Winter,
    José A. Cabranes,
        *Circuit Judges*[*].

American International Group, Inc., *et al*.,

        *Plaintiffs-Petitioners*,

    v.        11-5419-mv

Bank of America, *et al.*,

        *Defendants-Respondents*.

Petitioners, through counsel, move pursuant to 28 U.S.C. § 1292(b) for leave to appeal an interlocutory order of the district court. Upon due consideration, it is hereby ORDERED that the petition is GRANTED.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk



[*]The Honorable John M. Walker, Jr., originally a member of the panel sitting on April 24, 2012, recused himself from consideration of this matter. The remaining members of this panel, who are in agreement, have decided this case pursuant to 2d Cir. R § 0.14(b).

SAO-MWV

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/01/2013