

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

Amy J. Greer
Direct Phone: +1 215 851 8211
Email: agreer@reedsmith.com

February 6, 2014

**By E-File & Hand Delivery**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Court Room 21B
New York, NY 10007-1312

      Re: *American International Group, Inc., et al., v. Bank of America Corp., et al.,*
         Case No. 11-cv-6212

Dear Judge Kaplan:

      We write in response to the February 5, 2014 letter of Michael Carlinsky. Nothing in Mr. Carlinsky's letter calls into question the Court's jurisdiction under 28 U.S.C. § 1334(b). Moreover, AIG essentially concedes that this case may have an effect on the *In re Residential Capital, LLC* bankruptcy, although AIG seeks to minimize that impact.

      Mr. Carlinsky's letter says nothing about developments in the *Countrywide* MDL, where half of this lawsuit remains pending. AIG still has not asked the district court there to abstain from exercising its jurisdiction and, at this late date, presumably has no intention of doing so. The inclusion of this action in the MDL proceeding continues to provide significant efficiencies. This month, for instance, AIG and plaintiffs in numerous other MDL cases will take common depositions of more than two dozen current or former Countrywide employees, rather than deposing the same people multiple times in separate actions. It appears clear that the portion of the case pending in the Central District of California will remain in federal court—and for good reason. That fact counsels in favor of this Court's exercise of its jurisdiction here in order to avoid what AIG itself has characterized as a "procedurally untenable situation" where half of the case has been remanded to state court.

The Honorable Lewis A. Kaplan
February 6, 2014
Page 2

**ReedSmith**

Respectfully submitted,                    Respectfully submitted,

*[signature]*                              *[signature]*

Amy J. Greer                               Marc T.G. Dworsky
Reed Smith LLP                             Munger, Tolles & Olson LLP


cc: Michael B. Carlinsky (*Counsel for Plaintiffs*) (via Electronic Mail)