UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN INTERNATIONAL GROUP, INC., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | CASE NO. 11-cv-06212 (LAK) <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

WHEREAS Plaintiffs American International Group, Inc., AIG Securities Lending Corporation, American General Assurance Company, American General Life and Accident Insurance Company, American General Life Insurance Company, American General Life Insurance Company of Delaware, American Home Assurance Company, American International Group Retirement Plan, Chartis Property Casualty Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Commerce and Industry Insurance Company, First SunAmerica Life Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, SunAmerica Annuity and Life Assurance Company, SunAmerica Life Insurance Company, The Insurance Company of the State of Pennsylvania, The United State Life Insurance Company in the City of New York, The Variable Annuity Life Insurance Company, and Western National Life Insurance Company (collectively, "Plaintiffs") and Defendants Bank of America Corporation, Banc of America Securities LLC, Bank of America, National Association, Banc of America Funding Corporation, Banc of America Mortgage Securities, Inc., Asset Backed Funding Corporation, NB Holdings Corporation, Merrill Lynch & Co., Inc., Merrill Lynch Mortgage Lending, Inc.,

First Franklin Financial Corporation, Merrill Lynch Mortgage Capital Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Merrill Lynch Mortgage Investors, Inc., Countrywide Financial Corporation, Countrywide Capital Markets LLC, Countrywide Home Loans, Inc., Countrywide Securities Corporation, CWABS, Inc., CWALT, Inc., CWHEQ, Inc., and CWMBS, Inc. (collectively, "Defendants") have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Action shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

DATED: July 17, 2014

RESPECTFULLY SUBMITTED,

By: /s/

Marc T.G. Dworsky
David H. Fry (pro hac vice)

MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: 213-683-9100
Fax: 213-687-3702
e-mail: marc.dworsky@mto.com
        david.fry@mto.com

Attorneys for Defendants BANK OF AMERICA CORPORATION, BANC OF AMERICA SECURITIES LLC, BANK OF AMERICA, NATIONAL ASSOCIATION, BANC OF AMERICA FUNDING CORPORATION, BANC OF AMERICA MORTGAGE SECURITIES, INC., ASSET BACKED FUNDING CORPORATION, NB HOLDINGS CORPORATION, MERRILL LYNCH & CO., INC., MERRILL LYNCH MORTGAGE LENDING, INC., FIRST FRANKLIN FINANCIAL CORPORATION, MERRILL LYNCH MORTGAGE CAPITAL INC., MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, and MERRILL LYNCH MORTGAGE INVESTORS, INC.

DATED: July 17, 2014

RESPECTFULLY SUBMITTED,

By: /s/

Amy J. Greer
Jennifer L. Achilles

REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-521-5400
Fax: 212-521-5450
e-mail: agreer@reedsmith.com
        jachilles@reedsmith.com

Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE CAPITAL MARKETS LLC, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE SECURITIES CORPORATION. CWABS, INC., CWALT, INC., CWHEQ, INC., and CWMBS, INC.

DATED: July 17, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Michael Carlinsky

Michael B. Carlinsky
Maria Ginzburg
Sanford I. Weisburst

QUINN EMANUEL URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Tel: 212-849-7000
Fax: 212-849-7100
e-mail: michael.carlinsky@quinnemanuel.com
mariaginzburg@quinnemanuel.com
sandyweisburst@quinnemanuel.com

Attorneys for Plaintiffs AMERICAN INTERNATIONAL GROUP, INC., AIG SECURITIES LENDING CORPORATION, AMERICAN GENERAL ASSURANCE COMPANY, AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY, AMERICAN GENERAL LIFE INSURANCE COMPANY OF DELAWARE, AMERICAN HOME ASSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP RETIREMENT PLAN, CHARTIS PROPERTY CASUALTY COMPANY, CHARTIS SELECT INSURANCE COMPANY, CHARTIS SPECIALTY INSURANCE COMPANY, COMMERCE AND INDUSTRY INSURANCE COMPANY, FIRST SUNAMERICA LIFE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, NEW HAMPSHIRE INSURANCE COMPANY, SUNAMERICA ANNUITY AND LIFE ASSURANCE COMPANY, SUNAMERICA LIFE INSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, THE UNITED STATE LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, and WESTERN NATIONAL LIFE INSURANCE COMPANY

The Clerk shall terminate any pending motions.

SO ORDERED:

/s/ LAK
U.S.D.J.

7/24/14